IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LOUISE STEFANI | CRIMINAL ACTION NO.<br>1:19-CR-291-JPB-JKL-3 |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Byron Conway, who hereby notifies the Court that he will be assisting in the representation of LOUISE STEFANI on behalf of the Federal Defender Program, Inc.

All further pleadings, orders, and notices should be sent to undersigned counsel as well as Natasha Perdew Silas.

Dated: This 26th day of August, 2019.

Respectfully Submitted,

s/ *Byron Conway*
Byron Conway
State Bar Number: 487767
Attorney for LOUISE STEFANI

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
Byron_Conway@fd.org

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance of Counsel was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following Assistant United States Attorney of record:

> Brian Pearce, Esq.
> United States Attorney's Office
> 600 Richard B. Russell Building
> 75 Ted Turner Drive, S. W.
> Atlanta, Georgia 30303

Dated: This 26th day of August, 2019.

> s/ *Byron Conway*
> Byron Conway
> State Bar Number: 487767
> Attorney for LOUISE STEFANI