# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cr-00291-JPB-JKL
### USA v. Orjoux et al
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 06/25/2021.

TIME COURT COMMENCED: 3:05 A.M.
TIME COURT CONCLUDED: 3:15 P.M.      COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:15      DEPUTY CLERK: Brittney Walker
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [3]Louise Stefani NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Byron Conway representing Louise Stefani<br>Tracia King representing USA<br>V. Natasha Silas representing Louise Stefani |
| PROCEEDING CATEGORY: | Telephone Conference(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court held a teleconference on 6/25/21. The Court granted the parties request for a jury trial continuance. Jury trial is scheduled to begin at 9:30AM on 11/12/21. |
| HEARING STATUS: | Hearing Concluded |